IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EPHREN TAYLOR, II | Criminal Action No.<br><br>1:14-CR-217-WSD |

**Opposition to Motion for Rule 35**

The United States of America, by John A. Horn, United States Attorney, and Christopher J. Huber, Assistant United States Attorney for the Northern District of Georgia, files this Opposition to Motion for Rule 35.

Ephren Taylor filed a motion seeking a reduction in his sentence based upon Federal Rule of Criminal Procedure 35. Although the Government agrees that a reduction of Taylor's sentence for substantial assistance is appropriate, Taylor's motion should be denied because a reduction under Rule 35 is only available upon the Government's motion, not a defendant's motion. Fed. R. Crim. P. 35; *U.S. v. Bolden*, -- F. App'x --, 2016 WL 1104058 (11th Cir. Mar. 22, 2016). In addition, it appears that Taylor is seeking a reduction based upon Section 5K1.1 of the Sentencing Guidelines. That would apply to assistance given before sentencing and be applied at sentencing. Because Taylor's substantial assistance provided to the SEC occurred after his sentencing, § 5K1.1 is not applicable.

Because the Government agrees that Taylor is entitled to a reduction for substantial assistance, however, concurrently with filing this opposition, it will

file its own motion pursuant to Federal Rule of Criminal Procedure 35(b)(2) seeking that reduction.

## Conclusion

For the foregoing reasons, the Court should deny Taylor's Motion for Rule 35.

                Respectfully submitted,

                JOHN A. HORN
                   *United States Attorney*

              /s/CHRISTOPHER J. HUBER
                  *Assistant United States Attorney*
                Georgia Bar No. 545627
              chris.huber@usdoj.gov

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the counsel of record:

>Christopher Bruno
>
>*Counsel for Ephren Taylor, II*

and by mailing a copy with sufficient postage to:

>Ephren Taylor, II
>Reg #26896-045
>Texarkana
>Federal Correctional Institution
>Inmate Mail/Parcels
>P.O. Box 7000
>Texarkana, TX 75505

May 17, 2016

>/s/ CHRISTOPHER J. HUBER
>
>CHRISTOPHER J. HUBER
>
>*Assistant United States Attorney*