IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>EPHREN TAYLOR, II | Criminal Action No.<br><br>1:14-CR-217-WSD |

**United States' Motion for Reduction of Sentence Under Rule 35**

The United States of America, by John A. Horn, United States Attorney, and Christopher J. Huber, Assistant United States Attorney for the Northern District of Georgia, files this Motion for Reduction of Sentence Under Rule 35.

The Court sentenced Ephren Taylor to 235 months' incarceration on March 24, 2015, for conspiracy to commit mail and wire fraud.  (Doc. 65 (J&C)).  Before and after Taylor's sentencing he assisted and attempted to assist the government in several ways, including a proffer with FINRA (pre-sentencing), a proffer with another United States Attorney's office (post-sentencing), and cooperation with the SEC related to a civil enforcement action (post-sentencing).

With respect to the third of these, assisting the SEC with its civil enforcement action against Equity Trust, *In the Matter of Equity Trust Company*, File No. 3-16594 (docket available at http://www.sec.gov/litigation/apdocuments/ap-3-

16594.xml),[1] the government believes that Taylor provided substantial assistance in investigating and bring the enforcement action against the company. His other assistance did not rise to the level of substantial assistance. Therefore, his federal sentence should be reduced solely as a result of the assistance to the SEC.

For these reasons, the United States respectfully recommends that the Court grant Taylor a reduction in sentence of 12 months' incarceration pursuant to Fed. R. Crim. P. 35(b)(2)(B) based on his substantial assistance.

## Conclusion

For the foregoing reasons, the United States requests that the Court grant his motion and reduce Taylor's sentence by 12 months' incarceration.

                                        Respectfully submitted,

                                        JOHN A. HORN
                                            *United States Attorney*

                                        /s/CHRISTOPHER J. HUBER
                                            *Assistant United States Attorney*
                                            Georgia Bar No. 545627
                                            chris.huber@usdoj.gov

---

[1] Taylor's testimony occurred after sentencing and the civil enforcement action is not yet complete. The administrative law judge has until June 29, 2016, to issue an initial decision in the proceeding.

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the counsel of record:

>Christopher Bruno
>*Counsel for Ephren Taylor, II*

and by mailing a copy with sufficient postage to:

>Ephren Taylor, II
>Reg #26896-045
>Texarkana
>Federal Correctional Institution
>Inmate Mail/Parcels
>P.O. Box 7000
>Texarkana, TX 75505

May 17, 2016

>/s/ CHRISTOPHER J. HUBER
>
>CHRISTOPHER J. HUBER
>
>*Assistant United States Attorney*